UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-80822-MIDDLEBROOKS/WHITE

MICHAEL DENSON,

    Movant,                                          Re: 06-cr-80094

v.

UNITED STATES AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

THIS CAUSE comes before the Court upon Movant Michael Denson's ("Denson") *pro se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 [DE 1] ("Motion"), filed on June 23, 2014. The Motion challenges the constitutionality of Denson's convictions and sentences for distributing at least five grams of cocaine base entered following a guilty plea.

On April 25, 2015, the Honorable United States Magistrate Judge Patrick A. White issued a Report and Recommendations [DE 17] ("Report"), recommending that the Motion be dismissed as time-barred and, in the alternative, denied on the merits. Specifically, the Report explains that "[s]ince [Denson]'s judgment became final at the earliest on April 3, 2007, [he] had one year from the time his conviction became final, or no later than April 3, 2008, within which to timely file this § 2255 motion." [DE 17 at 14]; *see also* § 2255(f)(1) (a one year period of limitations for bringing §2255 motion commences when judgment of conviction becomes final). The Report also finds Denson failed to meet his burden of demonstrating that the one-year limitations period was tolled, either statutorily or equitably. [*Id.* at 18-19]. Alternatively, the Report recommends that Denson's Motion be denied on the merits. Finally, the Report recommends that a certificate of appealability be denied. [*Id.* at 43].

Denson's Objections to the Report were originally due by May 4, 2015. On May 4, 2015, the Court granted Denson's Motion for an Extension of Time to file his Objections, extending the deadline until June 15, 2015. [DE 19]. As of today, Denson has failed to file any Objections.

Having conducted an independent *de novo* review of the record in this case, the Court finds that Judge White correctly determined that Denson's Motion should be dismissed as time-barred and alternatively on the merits.[1] Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. United States Magistrate Judge White's Report [DE 17] is **RATIFIED, ADOPTED, AND APPROVED** in its entirety;

2. Denson's Motion to Vacate [DE 1] is **DENIED**;

3. A certificate of appealability is **DENIED**; and

4. The Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT**.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this 14 day of August, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Magistrate Judge Patrick A. White;
Michael Denson, *pro se*

---

[1] The Report states "[t]he district court did not err in determining that the movant had two prior convictions that qualified as serious drug offenses for purposes of the career offender enhancement." (DE 17 at 32). It is unclear whether the two–count drug conviction on March 3, 1997 counts as two prior convictions or one under the Sentencing Guidelines in effect at the time of Denson's sentencing. However, it is unnecessary to reach that issue as Denson also had two prior convictions for robbery with a firearm, which are predicate offenses for the career offender enhancement.